ROSENBERG & ESTIS, P.C.
733 Third Avenue, 15th Floor
New York, New York 10017
John D. Giampolo, Esq.
Email: jgiampolo@rosenbergestis.com
Tel: (212) 551-1273

*Attorneys for 852 Eighth LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PORTOFINDOUGH, LLC, | : | Case No.: 23-11695 (MG) |
| | : | |
| Debtor. | : | Hearing Date: January 3, 2024 |
| | : | at 10:00 a.m. |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF MOTION OF LANDLORD, 852 EIGHTH LLC
FOR (I) AN ORDER ACKNOWLEDGING DEBTOR'S LEASE OF THE
NONRESIDENTIAL PREMISES TERMINATED AS OF THE PETITION DATE,
AND (A) CONFIRMING THE AUTOMATIC STAY DOES NOT APPLY TO STAY
LANDLORD FROM RECOVERING POSSESSION OF THE LEASED
PREMISES PURSUANT TO 11 U.S.C. § 362(B)(10), OR (B) MODIFYING THE
AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(D) TO PERMIT LANDLORD
TO RECOVER POSSESSION OF THE LEASED PREMISES; OR, ALTERNATIVELY,
(II) AN ORDER COMPELLING REJECTION OF THE NONRESIDENTIAL LEASE TO
THE EXTENT IT IS DEEMED UNEXPIRED AS OF THE PETITION DATE; (III) AN
ORDER COMPELLING ALLOWANCE AND PAYMENT OF ALL UNPAID POST-
PETITION RENT, USE AND OCCUPANCY AND/OR OTHER CHARGES PURSUANT
TO 11 U.S.C. §§ 365(D)(3) AND 503(B)(1); (IV) ABANDONING ANY INTEREST OF
THE DEBTOR IN ANY PERSONAL PROPERTY LEFT ON THE PREMISES; (V)
MODIFYING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(D) TO
PERMIT LANDLORD'S APPLICATION OF THE SECURITY DEPOSIT, AND (VI)
WAIVER OF ANY STAY PERIOD**

**PLEASE TAKE NOTICE** that 852 Eighth LLC, as the landlord ("Landlord") under a lease (the "Lease") of the commercial/nonresidential real property identified as all rooms, a portion of the ground floor level and basement, as more particularly shown on the floor plan annexed to the Lease, in the building located at 852 Eighth Avenue, New York, New York 10019 (the

"Premises"), which the above-captioned Debtor has been in possession as tenant and which Lease was terminated prior to the October 24, 2023 petition date (the "Petition Date"), will move (the "Motion") this Court before the Honorable Judge Martin Glenn, United States Bankruptcy Judge of the United States Bankruptcy Court, Southern District of New York (the "Court"), One Bowling Green, New York, New York 10004-1408 at a hearing (the "Hearing") scheduled on **January 3, 2024, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, for (I) an order acknowledging Debtor's Lease of the nonresidential Premises terminated as of the Petition Date, and (A) confirming the automatic stay does not apply to stay Landlord from recovering possession of the nonresidential Premises pursuant to 11 U.S.C. § 362(b)(10), or (B) modifying the automatic stay pursuant to 11 U.S.C. § 362(d) to permit Landlord to recover possession of the nonresidential Premises; or, alternatively, (II) an order compelling rejection of the nonresidential Lease to the extent it is deemed unexpired as of the Petition Date; (III) an order compelling allowance and payment of all unpaid post-petition rent, use and occupancy and/or other charges pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1); (IV) abandoning any interest of the Debtor in any personal property left in the Premises; (V) modifying the automatic stay to permit Landlord's application of the security deposit; and (VI) waiving any stay period and providing for the terms of the order granting the motion to take effect immediately upon entry.

**PLEASE TAKE FURTHER NOTICE** that the Court shall conduct the Hearing using *Zoom for Government*. To appear at the Hearing, all participants (including attorneys and clients) shall register their appearances by 4:00 p.m. the business day before the scheduled Zoom Hearing at https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion must be (a) in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the

Local Bankruptcy Rules for the Southern District of New York, (c) filed with the Bankruptcy Court -- registered users of the Bankruptcy Court's case filing system must file electronically and all other parties in interest must file on a 3.5 inch disk or other portable media (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows' based word-processing format), (d) submitted in hard-copy form directly to the Bankruptcy Court, and (e) served upon (i) counsel to the Movant, Rosenberg & Estis, P.C., 733 Third Ave., 15th Floor, New York, NY 10017, Attn.: John D. Giampolo, Esq.; by **5:00 p.m. (Eastern Time) on December 27, 2023** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if an objection to the Motion is not received by the Objection Deadline, the relief requested in the Motion shall be deemed unopposed, and the Court may enter an order granting the relief without a hearing.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

Respectfully submitted,

Dated: New York, New York  **ROSENBERG & ESTIS, P.C.**
December 1, 2023   *Attorneys for Two Knickerbocker LLC*

By:   */s/ John D. Giampolo*

John D. Giampolo

733 Third Avenue
New York, New York 10017
Tel: (212) 551-1273

<mark>- 3 -</mark>