# **EXHIBIT D**

# Lease Ledger

Date: 10/18/2023

Property: 852com

Tenant: t0000250 PORTOFINDOUGH, LLC

| Date | Description | Charge | Payment | Balance |
|---|---|---:|---:|---:|
| 6/23/2021 | Chk# 4424 | 0.00 | 115,000.00 | -115,000.00 |
| 6/23/2021 | Chk# 4425 | 0.00 | 23,000.00 | -138,000.00 |
| 6/30/2021 | Rent Store (1st Month) | 23,000.00 | 0.00 | -115,000.00 |
| 6/30/2021 | Security Deposit | 115,000.00 | 0.00 | 0.00 |
| 8/1/2021 | Rent Store (08/2021) :Reversed by Charge Ctrl# 6910 | 23,000.00 | 0.00 | 23,000.00 |
| 8/17/2021 | :Reverse Charge Ctrl#6226 | -23,000.00 | 0.00 | 0.00 |
| 10/1/2021 | Rent Store (10/2021) :Reversed by Charge Ctrl# 9277 | 23,000.00 | 0.00 | 23,000.00 |
| 10/1/2021 | :Reverse Charge Ctrl#7749 reversing rent as per lease agreement | -23,000.00 | 0.00 | 0.00 |
| 11/1/2021 | Rent Store (11/2021) :Reversed by Charge Ctrl# 9278 | 23,000.00 | 0.00 | 23,000.00 |
| 11/1/2021 | :Reverse Charge Ctrl#8432 reversing rent as per lease agreement | -23,000.00 | 0.00 | 0.00 |
| 12/1/2021 | Rent Store (12/2021) :Reversed by Charge Ctrl# 9279 | 23,000.00 | 0.00 | 23,000.00 |
| 12/1/2021 | :Reverse Charge Ctrl#9182 reversing rent as per lease agreement | -23,000.00 | 0.00 | 0.00 |
| 1/1/2022 | Rent Store (01/2022) | 23,000.00 | 0.00 | 23,000.00 |
| 2/1/2022 | Rent Store (02/2022) | 23,000.00 | 0.00 | 46,000.00 |
| 2/8/2022 | Late Charge for January 2022 Rent | 920.00 | 0.00 | 46,920.00 |
| 2/11/2022 | Late Charge (02/2022) | 920.00 | 0.00 | 47,840.00 |
| 2/23/2022 | Chk# ACH The Check Number was 9479814682 | 0.00 | 23,000.00 | 24,840.00 |
| 3/1/2022 | Rent Store (03/2022) | 23,000.00 | 0.00 | 47,840.00 |
| 3/14/2022 | Chk# 1001 | 0.00 | 30,000.00 | 17,840.00 |
| 4/1/2022 | Rent Store (04/2022) | 23,000.00 | 0.00 | 40,840.00 |
| 4/20/2022 | Chk# 1032 | 0.00 | 31,000.00 | 9,840.00 |
| 5/1/2022 | Rent Store (05/2022) | 23,000.00 | 0.00 | 32,840.00 |
| 5/19/2022 | Late Charge Adjustment (01/2022-02/2022) | -1,840.00 | 0.00 | 31,000.00 |
| 5/19/2022 | Chk# 1059   Reversed by ctrl# 11155 M&T Bank Returned the Check | 0.00 | 30,666.00 | 334.00 |
| 5/24/2022 | Chk# 1059 :Prog Gen Reverses receipt Ctrl# 11080 M&T Bank Returned the Check | 0.00 | -30,666.00 | 31,000.00 |
| 6/1/2022 | Rent Store (06/2022) | 23,000.00 | 0.00 | 54,000.00 |
| 6/6/2022 | Chk# ACH | 0.00 | 31,000.00 | 23,000.00 |
| 6/30/2022 | Chk# 00001135 | 0.00 | 23,000.00 | 0.00 |
| 7/1/2022 | Water Meter 04/15/21-05/13/22 | 1,185.07 | 0.00 | 1,185.07 |
| 7/1/2022 | Rent Store (07/2022) | 24,000.00 | 0.00 | 25,185.07 |
| 7/1/2022 | Real Estate Tax 2022-2023 (07/2022) | 829.54 | 0.00 | 26,014.61 |
| 7/13/2022 | Chk# ACH Check Number for this payment is 001147 NSFed by ctrl# 12311 NSF. Tenant has been informed | 0.00 | 23,000.00 | 3,014.61 |
| 7/15/2022 | Chk# ACH NSF receipt Ctrl# 12168 NSF. Tenant has been informed | 0.00 | -23,000.00 | 26,014.61 |
| 8/1/2022 | Water Meter 05/13/22-06/27/22 | 594.75 | 0.00 | 26,609.36 |
| 8/1/2022 | Real Estate Tax (08/2022) | 829.54 | 0.00 | 27,438.90 |
| 8/1/2022 | Rent Store (08/2022) | 24,000.00 | 0.00 | 51,438.90 |
| 8/4/2022 | Chk# ACH | 0.00 | 35,000.00 | 16,438.90 |
| 9/1/2022 | Water Meter 06/27/22-07/22/22 | 414.59 | 0.00 | 16,853.49 |
| 9/1/2022 | Real Estate Tax (09/2022) | 829.54 | 0.00 | 17,683.03 |
| 9/1/2022 | Rent Store (09/2022) | 24,000.00 | 0.00 | 41,683.03 |
| 9/1/2022 | Water 07/22/2022 - 08/24/2022 | 618.33 | 0.00 | 42,301.36 |
| 9/20/2022 | Chk# ACH | 0.00 | 40,000.00 | 2,301.36 |
| 10/1/2022 | Real Estate Tax (10/2022) | 829.54 | 0.00 | 3,130.90 |
| 10/1/2022 | Rent Store (10/2022) | 24,000.00 | 0.00 | 27,130.90 |
| 10/21/2022 | Chk# ACH | 0.00 | 24,000.00 | 3,130.90 |
| 11/1/2022 | Water 08/24/2022 - 09/21/2022 | 569.99 | 0.00 | 3,700.89 |
| 11/1/2022 | Real Estate Tax (11/2022) | 829.54 | 0.00 | 4,530.43 |
| 11/1/2022 | Rent Store (11/2022) | 24,000.00 | 0.00 | 28,530.43 |
| 11/1/2022 | Water 09/21/2022 - 10/19/2022 | 569.44 | 0.00 | 29,099.87 |
| 12/1/2022 | Real Estate Tax (12/2022) | 829.54 | 0.00 | 29,929.41 |
| 12/1/2022 | Rent Store (12/2022) | 24,000.00 | 0.00 | 53,929.41 |
| 12/1/2022 | Water 10/21/2022 - 11/21/2022 | 588.93 | 0.00 | 54,518.34 |

FILED: NEW YORK CIVIL COURT - L&T 10/19/2023 04:34 PM                                      INDEX NO. LT-316462-23/NY [HO]
NYSCEF DOC. NO. 17                                                                          RECEIVED NYSCEF: 10/19/2023

## Lease Ledger

Date: 10/18/2023

Property: 852com

Tenant: t0000250 PORTOFINDOUGH, LLC

| Date | Description | Charge | Payment | Balance |
|---|---|---:|---:|---:|
| 1/1/2023 | Real Estate Tax (01/2023) :Reversed by Charge Ctrl# 18090 | 829.54 | 0.00 | 55,347.88 |
| 1/1/2023 | Rent Store (01/2023) | 24,000.00 | 0.00 | 79,347.88 |
| 1/1/2023 | :Reverse Charge Ctrl#17782 updating with new charges | -829.54 | 0.00 | 78,518.34 |
| 1/1/2023 | Real Estate Tax (01/2023) | 921.00 | 0.00 | 79,439.34 |
| 1/1/2023 | Water 11/21/2022-12/20/2022 | 609.98 | 0.00 | 80,049.32 |
| 1/6/2023 | Chk# ACH | 0.00 | 54,518.34 | 25,530.98 |
| 2/1/2023 | Real Estate Tax (02/2023) | 921.00 | 0.00 | 26,451.98 |
| 2/1/2023 | Rent Store (02/2023) | 24,000.00 | 0.00 | 50,451.98 |
| 2/14/2023 | Chk# ACH | 0.00 | 28,000.00 | 22,451.98 |
| 3/1/2023 | Water 12/20/2022-01/24/2023 | 723.79 | 0.00 | 23,175.77 |
| 3/1/2023 | Real Estate Tax (03/2023) | 921.00 | 0.00 | 24,096.77 |
| 3/1/2023 | Rent Store (03/2023) | 24,000.00 | 0.00 | 48,096.77 |
| 3/1/2023 | Water 01/24/2023 - 02/16/2023 | 436.79 | 0.00 | 48,533.56 |
| 3/1/2023 | Legal Fees - Nonpayment Notice :Reversed by Charge Ctrl# 20378 | 674.50 | 0.00 | 49,208.06 |
| 3/1/2023 | Legal Fees from Invoices Dated 4/30/2022 - 02/28/2023 :Reversed by Charge Ctrl# 20379 | 15,869.37 | 0.00 | 65,077.43 |
| 3/1/2023 | :Reverse Charge Ctrl#19881 Need to adjust | -674.50 | 0.00 | 64,402.93 |
| 3/1/2023 | :Reverse Charge Ctrl#20376 Need to adjust | -15,869.37 | 0.00 | 48,533.56 |
| 3/1/2023 | Legal Fees for Invoices Dated 04/30/2022 - 02/28/2023 | 15,869.37 | 0.00 | 64,402.93 |
| 3/11/2023 | Late Fee Charges for February 2023 and March 2023 | 1,920.00 | 0.00 | 66,322.93 |
| 3/22/2023 | Chk# ACH | 0.00 | 49,208.06 | 17,114.87 |
| 4/1/2023 | Real Estate Tax (04/2023) | 921.00 | 0.00 | 18,035.87 |
| 4/1/2023 | Rent Store (04/2023) | 24,000.00 | 0.00 | 42,035.87 |
| 4/1/2023 | Water 02/16/2023 - 03/21/2023 | 716.45 | 0.00 | 42,752.32 |
| 5/1/2023 | Real Estate Tax (05/2023) | 921.00 | 0.00 | 43,673.32 |
| 5/1/2023 | Rent Store (05/2023) | 24,000.00 | 0.00 | 67,673.32 |
| 5/1/2023 | Water 03/21/2023 - 04/19/2023 | 596.61 | 0.00 | 68,269.93 |
| 5/3/2023 | Chk# ACH | 0.00 | 30,000.00 | 38,269.93 |
| 5/26/2023 | Chk# ACH | 0.00 | 25,000.00 | 13,269.93 |
| 6/1/2023 | Real Estate Tax (06/2023) | 921.00 | 0.00 | 14,190.93 |
| 6/1/2023 | Rent Store (06/2023) | 24,000.00 | 0.00 | 38,190.93 |
| 6/1/2023 | Water 04/19/2023 - 05/19/2023 | 457.95 | 0.00 | 38,648.88 |
| 6/22/2023 | Legal Fees Covering 03/2023 - 05/2023 | 5,824.00 | 0.00 | 44,472.88 |
| 7/1/2023 | Rent Store (07/2023) | 26,000.00 | 0.00 | 70,472.88 |
| 7/14/2023 | Chk# ACH   Reversed by ctrl# 19056 To reapply for correct charges. | 0.00 | 35,000.00 | 35,472.88 |
| 7/14/2023 | Chk# ACH :Prog Gen Reverses receipt Ctrl# 19055 To reapply for correct charges. | 0.00 | -35,000.00 | 70,472.88 |
| 7/14/2023 | Chk# ACH | 0.00 | 35,000.00 | 35,472.88 |
| 8/1/2023 | Rent Store (08/2023) | 26,000.00 | 0.00 | 61,472.88 |
| 8/1/2023 | Water 05/19/2023 - 06/22/2023 | 464.12 | 0.00 | 61,937.00 |
| 8/11/2023 | Chk# ACH   Reversed by ctrl# 19656 Check was cut for this amount to return their payment. | 0.00 | 12,159.95 | 49,777.05 |
| 9/1/2023 | Water 06/22/2023 - 07/21/2023 | 449.61 | 0.00 | 50,226.66 |
| 9/1/2023 | Rent Store (09/2023) | 26,000.00 | 0.00 | 76,226.66 |
| 9/1/2023 | Legal fees from Invoices Dated 6/30/2023 - 7/31/2023 | 7,697.24 | 0.00 | 83,923.90 |
| 9/1/2023 | Late fee charge for July 2023 | 1,040.00 | 0.00 | 84,963.90 |
| 9/1/2023 | Late fee charge for August 2023 | 1,058.56 | 0.00 | 86,022.46 |
| 9/7/2023 | Legal Fees from Invoice Dated 08/31/2023 | 4,939.20 | 0.00 | 90,961.66 |
| 10/1/2023 | Rent Store (10/2023) | 26,000.00 | 0.00 | 116,961.66 |
| 10/1/2023 | Water 07/21/2023 - 08/23/2023 | 517.01 | 0.00 | 117,478.67 |
| 10/1/2023 | Water 08/23/2023 - 09/22/2023 | 590.85 | 0.00 | 118,069.52 |
| 10/18/2023 | Late fee charge for September 2023 | 1,040.00 | 0.00 | 119,109.52 |
| 10/18/2023 | Late fee charge for October 2023 | 1,040.00 | 0.00 | 120,149.52 |